UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE GUADALUPE CARO, | ) | Case No. CV 06-2432 GHK(JC) |
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| MARK CASTELLAW, | ) | |
| Respondent. | ) | |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:     10/5/11

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE